Title: Unveiling Untold Narratives: Lessons Learned from "A Young People's History of the United States" by Howard Zinn

I am honored to share insights gained from the remarkable book, "A Young People's History of the United States" by Howard Zinn. This transformative work has not only broadened my understanding of U.S. history but has also imparted valuable lessons that resonate deeply.

1. Diverse Perspectives:

Zinn's book magnificently weaves together narratives often sidelined in traditional history textbooks. It teaches us the importance of embracing diverse perspectives, acknowledging the experiences of marginalized groups, and understanding that history is a tapestry woven with threads of various colors.

2. Critical Thinking and Questioning:

One of the most impactful takeaways is the encouragement to question historical narratives. Zinn challenges us to think critically about the stories we've been told and to seek a deeper understanding of the events that shaped our nation. This emphasis on critical thinking is a powerful tool for navigating an ever-evolving world.

3. Social Justice and Activism

The book serves as a catalyst for conversations about social justice and activism. It inspires us to recognize the struggles of those who fought for equality and justice throughout history. By understanding the past, we can better appreciate the ongoing pursuit of a more just and inclusive society.

4. Empowerment of Young Minds

"A Young People's History" is not just a book; it's an empowering resource for the youth. It fosters a sense of agency, motivating young minds to engage with history actively, question authority, and contribute to positive change. It reinforces the idea that every voice, regardless of age, can make a difference.

Conclusion:

In conclusion, "A Young People's History of the United States" transcends its role as a history book. It is a beacon guiding us towards a more inclusive and enlightened perspective on the past. The lessons it imparts – embracing diversity, thinking critically, advocating for justice – are timeless and essential for navigating the complexities of our world. Let us carry these lessons forward as we continue our journey of learning and understanding. Thank you.