UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 23-cr-317 (TSC) |
| v.     : | |
| : | |
| NHI NGOC MAI LE,   : | |
| : | |
| Defendant   : | |

**GOVERNMENT'S NOTICE OF FILING OF VIDEO EXHIBIT LIST**

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and Standing Order 21-28, of the following video exhibits in support of the government's sentencing memorandum. These videos will be provided to the Court and counsel via a secure filesharing platform.

| Sentencing Exhibit Number | File Name | Source | Description & Approximate Length |
|---|---|---|---|
| 1 | Exhibit 1 | Le's TikTok | This is a 1-minute montage video shot and uploaded by Le. The video documents Le's journey from the western Capitol grounds to the Northwest Courtyard. |
| 2 | Exhibit 2 | Open-Source | This is a 1-minute video filmed in the Northwest Courtyard before the second breaches of the Senate Wing Door and the Parliamentarian Door. Le can be spotted sitting on a railing outside of the Parliamentarian Door at 00:26. |
| 3 | Exhibit 3 | Open-Source | This is a 16-second video showing a rioter using a crowbar to breach the Parliamentarian Door. Le is visible directly to the rioter's right. |
| 4 | Exhibit 4 | U.S. Capitol CCTV | This video is ten minutes of U.S. Capitol CCTV shot just inside the Parliamentarian Door, looking into the Brumidi Corridor. The video begins at 2:40 p.m. and ends at 2:50 p.m. Le enters at 04:48 and exits at 09:59. |
| 5 | Exhibit 5 | Le's Facebook Video | This is a 9-second video that Le filmed inside the Brumidi Corridor. It depicts several rioters throwing their shoulders into the Senate office door and ultimately breaking the door open. Le posted the video to Facebook. |

| 6 | Exhibit 6 | Le's Facebook Video | This is a 5-second video that Le filmed inside the Senate office. |
| 7 | Exhibit 7 | Open-Source | This is a 19-second video filmed inside the Senate office. It shows Le asking another rioter to take her picture with her feet on a desk. |
| 8 | Exhibit 8 | Open-Source | This is an 18-second video filmed just outside of the Parliamentarian Door. It shows Le observing the crowd before turning around and entering the building. |

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:     */s/ Madison Mumma*
Madison Mumma
Trial Attorney (Detailee)
N.C. Bar No. 56546
601 D. St., NW
Washington, D.C. 20001
madison.mumma2@usdoj.gov
202-431-8603