UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


**UNITED STATES OF AMERICA**

            v.                                23 Cr 317 Judge Chutkan

**NHI NGOC MAI LE**

### MOTION FOR A STATUS HEARING

      The defendant seeks Judicial relief from an untenable BoP designation. This matter was before the Court for Sentence on February 29, 2024.   Prior to sentence the Court instructed counsel to research appropriate designations near the home of the defendant, where breast pumping was possible.  Counsel investigated placements and reported her findings to the Court.

      The Court sentenced the defendant to 10 days incarceration and recommended placement at MCC Chicago with equipment for breast pump to be provided.  Att. 1

      The defendant has now been designated to FCI Waseca, Minnesota with reporting on November 20, 2024. Att. 2.  FCI Waseca is 403 miles from her domicile and a 7.5 hours drive from Montgomery, Illinois.  There are three BoP facilities  located in Illinois which accept Female Prisoners. The Court recommended designation to Chicago MCC , which is 51 minutes from Ms. Mai Le's domicile in Montgomery, Ill,.  BoP Pekin, Ill. is 120 miles away and is 2 hours and 35 minutes from her home. Greenville FCI is 240 miles away and is 4 hours from Ms. Mai Le's home.  FCI Waseca is an unjustified designation for a ten day sentence.

      Placement at Waseca is a burden to the defendant. It effectively increases her Sentence from 10 days to 12 days. It requires 16 hours of driving, for a family member to bring her to the facility and thereafter to return to Montgomery, Illinois. The distance prohibits any visits with her family or infant child during incarceration.

      The defendant requests a Hearing with the Court to explore the possibility of Judicial relief from a difficult and unreasonable designation.

                                Respectfully submitted,

                                *H. Heather Shaner*  DC Bar 273276
Appointed by the Court for
Nhi Ngoc Mai Le
1702 S St. N.W.
Washington, D.C. 20009
Tel. 202 265 8210
hhsesq@aol.com