

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA PROBATION OFFICE

BRIAN D. SHAFFER ● CHIEF UNITED STATES PROBATION OFFICER

E. BARRETT PRETTYMAN U.S. COURTHOUSE ● 333 CONSTITUTION AVENUE, N.W. ● SUITE 2214
WASHINGTON, D.C. 20001-2866 ● TELEPHONE (202)565-1300

April 17, 2024

Nhi Mai Le
2054 William Drive
Montgomery, IL  60538

Email: pandanhi96@gmail.com

Re:   Notice of Designation and Date to Report

Dear Ms. Mai Le:

As ordered by the Court, you are hereby instructed to report to the FCI Waseca, located at 1000 University Drive SW, Waseca, MN 56093, (507) 835-8972, on Wednesday, 11/20/2024 no later than 2 p.m.

Please do not take personal items such as clothes, toothpaste, razor, soap, etc. because they will be provided by the institution. Additional personal items may be purchased through the institution's commissary. To obtain additional pertinent information about the institution, please go to www.bop.gov and search the above facility for the custody and care instructions.

Should you have any questions or concerns, please contact me or the institution.

Sincerely,

**UNITED STATES PROBATION OFFICE**

*Sondra' A. Rhodes*

Sondra' A. Rhodes, Supervising
United States Probation Officer
(202) 565-1349

Cc:   DC Pretrial Services Agency
      U. S. Marshal Service
      Defense Attorney
      AUSA